United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-17967-mdc
Tammy Murtha                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Linda          Page 1 of 1          Date Rcvd: Dec 04, 2018
                              Form ID: 130         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2018.
db              +Tammy Murtha,    6810 Martins Mill Road,    Apartment A6,    Philadelphia, PA 19111-4657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2018 at the address(es) listed below:
              BRADLY E ALLEN    on behalf of Debtor Tammy  Murtha bealaw@verizon.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:                                              Chapter: 13

Tammy Murtha

        Debtor(s)                      Bankruptcy No: 18−17967−mdc

*O R D E R*

**AND NOW,** this 4th day of December 2018 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Atty Disclosure Statement due 12/17/2018.
    Chapter 13 Plan due by 12/17/2018.
    Schedules AB−J due 12/17/2018.
    Statement of Financial Affairs due 12/17/2018.
    Summary of Assets and Liabilities Form B106 due 12/17/2018.
    Means Test Calculation Form 122C−2 Due: 12/17/2018.
    Chapter 13 Statement of Your Current Monthly Income and Calculation of
    Commitment Period
    Form 122C−1 Due 12/17/2018.

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court

5
Form 130