United States Bankruptcy Court
Eastern District of Pennsylvania

In re TAMMY MURTHA,
                                Debtor

Case No. 18-17967/mdc
Chapter 13

## APPLICATION FOR EXTENSION OF TIME TO FILE FINAL BANKRUPTCY SCHEDULES

1. On December 3, 2018 debtor filed a Voluntary Petition under Chapter 13 of the United States Bankruptcy Code.

2. Debtor has filed the Voluntary Petition, Statement of Social Security Number, Matrix, and Certificate of Credit Counseling.

3. Schedules A-J, Summary of Schedules, Statement of Current Monthly Income, Statement of Financial Affairs, Disclosure of Compensation, Notice to Individual Debtor, Employee Income Records and Chapter 13 Plan have not been filed to date by the debtor.

4. The gathering of information from debtor's documents and other sources has been commenced but such gathering of information cannot be concluded by December 17, 2018.

5. Due to the complexity of the case as well as additional documents which are needed applicant requires an extension of time of fifteen (15) days.

WHEREFORE, applicant prays this Honorable Court grant for cause shown, an extension of time of fifteen (15) days to January 1, 2019 within which to file Debtor's Schedules A-J, Summary of Schedules, Statement of Current Monthly Income, Disclosure of Compensation, Statement of Financial Affairs, Notice to Individual Debtor, Employee Income Records and Chapter 13 Plan pursuant to Federal Bankruptcy Rules 1007 and 3015.

Respectfully submitted,

/s/BRADLY E. ALLEN, ESQUIRE
Attorney for Debtor

**United States Bankruptcy Court**
Eastern District of Pennsylvania

In re TAMMY MURTHA
Debtor(s)

Case No. 18-17967/mdc
Chapter 13

## ORDER

AND NOW, this _____ day of _____, 2018, upon consideration of the Application for Extension of Time to file Schedules A-J, Summary of Schedules, Statement of Current Monthly Income, Statement of Financial Affairs, Notice to Individual Debtor, Employee Income Records and Chapter 13 Plan it is hereby ORDERED and DECREED that the deadline for filing is extended to January 1, 2019.

HONORABLE MAGDELINE D. COLEMAN
US BANKRUPTCY JUDGE