**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re: TAMMY MURTHA,
Debtor(s)

Case No. 18-17967/mdc
Chapter 13

## ORDER

AND NOW, this _____ day of _____, 2018, upon consideration of the Application for Extension of Time to file Schedules A-J, Summary of Schedules, Statement of Current Monthly Income, Statement of Financial Affairs, Notice to Individual Debtor, Employee Income Records and Chapter 13 Plan it is hereby ORDERED and DECREED that the deadline for filing is extended to January 1, 2019.

December 11, 2018

HONORABLE MAGDELINE D. COLEMAN
US BANKRUPTCY JUDGE