United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Tammy Murtha  
    Debtor

Case No. 18-17967-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Dec 11, 2018  
                  Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2018.  
db          +Tammy Murtha,    6810 Martins Mill Road,    Apartment A6,    Philadelphia, PA 19111-4657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 12 2018 03:06:14     U.S. Attorney Office,  
          c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404  
                                                                                                                                       TOTAL: 1

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2018                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2018 at the address(es) listed below:  
         BRADLY E ALLEN    on behalf of Debtor Tammy  Murtha bealaw@verizon.net  
         KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Trust, National Association, not in its  
          individual capacity, but solely as trustee for MFRA Trust 2015-1 bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                       TOTAL: 4

United States Bankruptcy Court
Eastern District of Pennsylvania

In re: TAMMY MURTHA

Debtor(s)

Case No. 18-17967/mdc
Chapter 13

## ORDER

AND NOW, this ____ day of _____, 2018, upon consideration of the Application for Extension of Time to file Schedules A-J, Summary of Schedules, Statement of Current Monthly Income, Statement of Financial Affairs, Notice to Individual Debtor, Employee Income Records and Chapter 13 Plan it is hereby ORDERED and DECREED that the deadline for filing is extended to January 1, 2019.

December 11, 2018

HONORABLE MAGDELINE D. COLEMAN
US BANKRUPTCY JUDGE