# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Tammy Murtha AKA Tammy Lowe** | : | **Case No.: 18-17967** |
| | : | **Chapter 13** |
| Debtor(s). | : | **Judge Magdeline D. Coleman** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO:  THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES TRUSTEE, THE DEBTOR AND HIS ATTORNEY OF RECORD HEREIN AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE, that pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. Section 102(1) and all other applicable law, the undersigned, as counsel of record for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1, its successor and assigns ("Creditor"), a creditor of the above-named Debtor and a party-in-interest in the captioned bankruptcy case, hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office, address and telephone number:

> Karina Velter, Esquire
> MANLEY DEAS KOCHALSKI LLC
> P.O. Box 165028
> Columbus, OH  43216-5028
> 614-222-4921
> Atty File No.: 18-037959

The foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or

18-037959_CMW

oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax or otherwise which affect or seek to affect in any way any rights or interest of the Debtor.

      Respectfully submitted,

      /s/ Karina Velter
      Karina Velter, Esquire (94781)
      Adam B. Hall
      Sarah E. Barngrover
      Manley Deas Kochalski LLC
      P.O. Box 165028
      Columbus, OH  43216-5028
      Telephone: 614-220-5611
      Fax: 614-627-8181
      Attorneys for Creditor
      The case attorney for this file is Karina Velter.
      Contact email is kvelter@manleydeas.com

18-037959_CMW

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Tammy Murtha AKA Tammy Lowe** | : | **Case No.: 18-17967** |
| | : | **Chapter 13** |
| Debtor(s). | : | **Judge Magdeline D. Coleman** |
| | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Notices was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105

Bradly E Allen, Attorney for Tammy Murtha AKA Tammy Lowe, 7711 Castor Avenue, Philadelphia, PA 19152, bealaw@verizon.net

The below listed parties were served via regular U.S. Mail, postage prepaid, on December 19, 2018:

Tammy Murtha AKA Tammy Lowe, 6810 Martins Mill Road, Apartment A6, Philadelphia, PA 19111

Tammy Murtha AKA Tammy Lowe and Philip Steven Appenzeller, 5947 Reach Street, Philadelphia, PA 19120

DATE:  _December 19, 2018_

/s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall
Sarah E. Barngrover
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611

18-037959_CMW

Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-037959_CMW