# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                      Chapter 13

                      Bankruptcy No. 18-17967-MDC

TAMMY  MURTHA

6810 MARTINS MILL ROAD
APT A6
PHILADELPHIA, PA 19111-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
TAMMY  MURTHA

6810 MARTINS MILL ROAD
APT A6
PHILADELPHIA, PA 19111-

**Counsel for debtor(s), by electronic notice only.**
BRADLY E ALLEN ESQ
7711 CASTOR AVE

PHILA, PA 19152-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

                      /s/ William C. Miller

Date: 4/16/2019

                      _____
                      William C. Miller, Esquire
                      Chapter 13 Standing Trustee