

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:
18-17967

DEBTOR(S):
TAMMY MURTHA

WITHDRAWAL OF CLAIM
PLEASE WITHDRAW CLAIM NUMBER 2 IN THE AMOUNT OF $345.42

CREDITOR'S SIGNATURE:
/s/ David Lamb

CREDITOR CONTACT INFO:
LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603
(877) 264-5884

DATE:
5/31/2019