# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-17967-MDC

TAMMY  MURTHA

6810 MARTINS MILL ROAD
APT A6
PHILADELPHIA, PA 19111-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TAMMY  MURTHA

    6810 MARTINS MILL ROAD
    APT A6
    PHILADELPHIA, PA 19111-

Counsel for debtor(s), by electronic notice only.

    BRADLY E ALLEN ESQ
    7711 CASTOR AVE

    PHILA, PA 19152-

                                              /S/ William C. Miller

Date: 6/7/2019                                 _____

                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee