# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Tammy Murtha**                                      Case No.  **18-17967/mdc**

Debtor(s)                                           Chapter  **13**

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2019 a copy of the Amended Scheduled A and D were served electronically or by regular United States mail to the parties and the Trustee listed below.

Regular mail to:

        Philip and Ethel Appenzeller
        5947 Reach Street
        Philadelphia, Pa 19120

        Tammy Murtha
        6810 Martins Mill Rd. Apt. A6
        Philadelphia, PA  19111

Electronic mail to:

        William C. Miller, Ch. 13 Trustee

        US Trustee

        **/s/ Bradly E. Allen, Esquire**

        **Bradly E. Allen**
        **7711 Castor Avenue**
        **Philadelphia, PA 19152**
        **215-725-4242Fax:215-725-8288**
        **bealaw@verizon.net**