# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Tammy Murtha**                                                                 Case No.  **18-17967/mdc**
                                        Debtor(s)                                       Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2019 a copy of the 2nd Amended Chapter 13 Plan was served electronically or by regular United States mail to the parties and the Trustee listed below.

Regular mail to:

Philip and Ethel Appenzeller
5947 Reach Street
Philadelphia, Pa 19120

Tammy Murtha
6810 Martins Mill Rd. Apt. A6
Philadelphia, PA  19111

Fed Loan Servicing
PO Box 69184
Harrisburg, PA 17106

Education Credit Mgmt. Corp.
PO Box 16408
St. Paul, MN 55116

Emergency Care Services of PA
Wakefield and Associates
PO Box 50250
Knoxville, TN 37950-0250

Water Revenue Bureau
c/o City of Philadelphia
1401 JFK Blvd.
Philadelphia, PA  19102

Wilmington Trust
c/o Fay Servicing
3000 Kellway Dr., Ste. 150
Carrolton, TX 75006

Electronic mail to:

Kevin G. McDonald
on behalf of Wilmington Trust

Karina Velter
on behalf of Wilmington Trust

William C. Miller, Ch. 13 Trustee

US Trustee

/s/ Bradly E. Allen, Esquire

**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**