# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

RE:
**Tammy Murtha**
**a/k/a Tammy Lowed** : CHAPTER 13

: NO. 18-17967/mdc

## CERTIFICATION OF SERVICE

I, BRADLY E. ALLEN, attorney for Debtor, Tammy Murtha do hereby verify that on September 12, 2019 I electronically served to the following the Response to Motion for Relief of Wilmington Trust national Association:

William C. Miller, Chapter 13 Trustee

U.S. Trustee's Office

Kevin G. McDonald
on behalf of Wilmington Trust

Michael Shavel
on behalf of Wilmington Trust

The following party was notified by regular first class mail:

Tammy Murtha
6810 Martins Mill Rd., Apt. A6
Philadelphia, PA  19111

Phillip and Ethel Appenzeller
5947 Reach Street
Philadelphia, PA 19120

/s/BRADLY E. ALLEN, ESQUIRE