**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : CHAPTER 13
    Tammy Murtha

: NO. 18-17967/mdc

**PRAECIPE TO WITHDRAW**
**DEBTOR'S RESPONSE TO MOTION OF**
**WILMINGTON TRUST, NATIONAL ASSOCIATION, ET AL**
**FOR RELIEF FROM AUTOMATIC STAY**

TO THE CLERK:

    Kindly withdraw Debtor's Response to Motion for Relief of Wilmington Trust, National Association.

                                  **/s/BRADLY E. ALLEN**
                                  BRADLY E. ALLEN,
                                  Attorney for Debtor