## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    Tammy Murtha          :  CHAPTER 13

                         :   NO. 18-17967/mdc

### CERTIFICATION OF SERVICE

I, Bradly E. Allen, attorney for the Debtor, Tammy Murtha, do hereby verify that on September 16, 2019  the following parties were electronically served the Praecipe to Withdraw Debtor's Response to Motion for Relief of Wilmington Trust National Association:

Michael Shavel
on behalf of Wilmington Trust

Karina Velter
on behalf of Wilmington Trust

William C. Miller, Trustee

U.S. Trustee's Office

The following were served by first class mail:

Tammy Murtha
6810 Martins Mill Rd. Apt. A6
Philadelphia, PA 19111

Philip and Ethel Appenzeller
5947 Reach Street
Philadelphia, PA 19120

s/**Bradly E. Allen**
**BRADLY E. ALLEN,**
**Attorney for Debtor**