# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

IN RE:
**Tammy Murtha aka Tammy Lowe**
    Debtor

CHAPTER 13

CASE NO.: 18-17967-mdc

HEARING DATE: September 17, 2019
TIME: 10:30AM
LOCATION: COURTROOM #2

## ORDER FOR RELIEF

AND NOW, this __3rd__ day of _____October_____, 2019, upon the Motion Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 ("Movant") for relief from the Automatic Stay, it is

ORDERED THAT: Relief is granted from the automatic stay provisions of §362(a) of 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") and Co-Debtor stay provision of 11 U.S.C. §1301 to permit Movant to commence or continue its foreclosure on its mortgage on Mortgaged Premises located at 5947 Reach Street, Philadelphia, PA 19120 (the "Mortgaged Premises"); to name the Debtor in the foreclosure suit solely for the purpose of foreclosing their interests in the Mortgaged Premises pursuant to the terms of the mortgage and loan documents.

ORDERED THAT: The Debtor shall not file a petition for relief under any Chapter of the Bankruptcy Code for a period of **twelve (12) months** form the date of this Order without the consent of this court upon notice to Movant and Movant's counsel.

ORDERED THAT: The relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code. Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting Relief from the Automatic Stay.

                                                          Magdeline D. Coleman
                                                          Chief U.S. Bankruptcy Judge