United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Tammy Murtha  
     Debtor

Case No. 18-17967-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: SaraR      Page 1 of 1      Date Rcvd: Oct 03, 2019  
                      Form ID: pdf900      Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2019.
```
db             +Tammy Murtha,    6810 Martins Mill Road,    Apartment A6,    Philadelphia, PA 19111-4657
cr              Fay Servicing, LLC,    PO Box 814609,    Dallas, TX  75381-4609
cr             +Wilmington Trust, National Association,   c/o KARINA VELTER,    P.O. Box 165028,
                 Columbus, OH 43216-5028
cr             +Wilmington Trust, National Association, not in its,    c/o KEVIN G. MCDONALD,
                 701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: resurgentbknotifications@resurgent.com Oct 04 2019 03:16:25      LVNV Funding LLC,
                 Resurgent Capital Services,    PO Box 10587,    GREENVILLE, SC  29603-0587
                                                                                              TOTAL: 1
```

        \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*  
NONE.       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2019 at the address(es) listed below:
```
              BRADLY E ALLEN    on behalf of Debtor Tammy  Murtha bealaw@verizon.net
              KARINA  VELTER    on behalf of Creditor    Wilmington Trust, National Association
               amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2015-1 bkgroup@kmllawgroup.com
              MICHAEL J. SHAVEL    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2015-1 mshavel@hillwallack.com,
               lharkins@hillwallack.com;jrydzewski@HillWallack.com
              MICHAEL J. SHAVEL    on behalf of Creditor    Wilmington Trust, National Association
               mshavel@hillwallack.com,    lharkins@hillwallack.com;jrydzewski@HillWallack.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)**

| | |
|---|---|
| IN RE:<br>**Tammy Murtha aka Tammy Lowe**<br>Debtor | CHAPTER 13<br><br>CASE NO.: 18-17967-mdc<br><br>HEARING DATE:  September 17, 2019<br>TIME:  10:30AM<br>LOCATION:  COURTROOM #2 |

**ORDER FOR RELIEF**

AND NOW, this  3rd  day of       October       , 2019, upon the Motion Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 ("Movant") for relief from the Automatic Stay, it is

ORDERED THAT: Relief is granted from the automatic stay provisions of §362(a) of 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") and Co-Debtor stay provision of 11 U.S.C. §1301 to permit Movant to commence or continue its foreclosure on its mortgage on Mortgaged Premises located at 5947 Reach Street, Philadelphia, PA 19120 (the "Mortgaged Premises"); to name the Debtor in the foreclosure suit solely for the purpose of foreclosing their interests in the Mortgaged Premises pursuant to the terms of the mortgage and loan documents.

ORDERED THAT: The Debtor shall not file a petition for relief under any Chapter of the Bankruptcy Code for a period of **twelve (12) months** form the date of this Order without the consent of this court upon notice to Movant and Movant's counsel.

ORDERED THAT: The relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.  Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting Relief from the Automatic Stay.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

{Y0602217; 1}