United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-17967-mdc
Tammy Murtha                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: SaraR              Page 1 of 2             Date Rcvd: Oct 04, 2019
                             Form ID: pdf900          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2019.
```
db         +Tammy Murtha,    6810 Martins Mill Road,    Apartment A6,    Philadelphia, PA 19111-4657
cr          Fay Servicing, LLC,    PO Box 814609,    Dallas, TX  75381-4609
cr         +Wilmington Trust, National Association,    c/o KARINA VELTER,    P.O. Box 165028,
              Columbus, OH 43216-5028
cr         +Wilmington Trust, National Association, not in its,    c/o KEVIN G. MCDONALD,
              701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14337524   +Bradly E. Allen, Esquire,    7711 Castor Ave.,    Philadelphia, PA 19152-3601
14243521    EMERGENCY CARE SERVICE OF PA,PC,    WAKEFIELD AND ASSOCIATES,    PO BOX 50250,
              KNOXVILLE,TN 37950-0250
14258338    Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
14239584    Fed Loan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
14239585   +KML Law Group,    Suite 5000 - BNY Independence Center,    701 Market Street,
              Philadelphia, PA 19106-1538
14251753   +Philip Appenzeller,    5947 Reach Street,    Philadelphia, PA 19120-1114
14331174    Water Revenue Bureau,    c/o Pamela Elchert Thurmond,    Tax & Revenue Unit, 1401 JFK Blvd, 5th F,
              Philadelphia, PA  19102-1595
14367862   +Wilmington Trust, National Assoc.,    c/o Michael J. Shavel, Esq.,
              777 Township Line Road, Ste 250,    Yardley, PA 19067-5565
14248711   +Wilmington Trust, National Association,    c/o KARINA VELTER,    Manley Deas Kochalski LLC,
              P.O. Box 165028,    Columbus, OH 43216-5028
14239587    Wilmington Trust, National Association,    c/o Fay Servicing, LLC,    P O Box 814609,
              Dallas, TX 75381-4609
14243080   +Wilmington Trust, National Association,    as trustee for MFRA Trust 15-00001,
              c/o KEVIN G. MCDONALD,    701 Market St. Suite 5000,    Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Oct 05 2019 02:45:44     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 05 2019 02:45:25
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 05 2019 02:45:34     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14252284        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 05 2019 02:41:35     LVNV Funding, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14239586        E-mail/Text: megan.harper@phila.gov Oct 05 2019 02:45:43     Water Revenue Bureau,
              c/o City of Philadelphia,    1401 JFK Boulevard,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             LVNV Funding LLC,    Resurgent Capital Services,    PO Box 10587,    GREENVILLE, SC  29603-0587
14262221*       Wilmington Trust, National Association,    c/o Fay Servicing, LLC,    P O Box 814609,
              Dallas, TX  75381-4609
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2019 at the address(es) listed below:
```
              BRADLY E ALLEN    on behalf of Debtor Tammy  Murtha bealaw@verizon.net
              KARINA VELTER    on behalf of Creditor    Wilmington Trust, National Association
               amps@manleydeas.com
```

```
District/off: 0313-2           User: SaraR                 Page 2 of 2                  Date Rcvd: Oct 04, 2019
                               Form ID: pdf900             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 bkgroup@kmllawgroup.com
        MICHAEL J. SHAVEL    on behalf of Creditor    Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 mshavel@hillwallack.com, lharkins@hillwallack.com;jrydzewski@HillWallack.com
        MICHAEL J. SHAVEL    on behalf of Creditor    Wilmington Trust, National Association mshavel@hillwallack.com,  lharkins@hillwallack.com;jrydzewski@HillWallack.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com

                                                                                                                                                                            TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Chapter 13
TAMMY MURTHA

Debtor   Bankruptcy No. 18-17967-MDC

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

October 4, 2019

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRADLY E ALLEN ESQ
7711 CASTOR AVE

PHILA, PA 19152-

Debtor:
TAMMY  MURTHA

6810 MARTINS MILL ROAD
APT A6
PHILADELPHIA, PA 19111-