United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 18-17967-mdc
Tammy Murtha                                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: SaraR             Page 1 of 2              Date Rcvd: Oct 07, 2019
                              Form ID: pdf900         Total Noticed: 20

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 09, 2019.
db             +Tammy Murtha,   6810 Martins Mill Road,   Apartment A6,   Philadelphia, PA 19111-4657
cr              Fay Servicing, LLC,   PO Box 814609,   Dallas, TX 75381-4609
cr             +Wilmington Trust, National Association,   c/o KARINA VELTER,   P.O. Box 165028,
                 Columbus, OH 43216-5028
cr             +Wilmington Trust, National Association, not in its,   c/o KEVIN G. MCDONALD,
                 701 Market St. Suite 5000,   Philadelphia, PA 19106-1541
14337524       +Bradly E. Allen, Esquire,   7711 Castor Ave.,   Philadelphia, PA 19152-3601
14243521        EMERGENCY CARE SERVICE OF PA,PC,   WAKEFIELD AND ASSOCIATES,   PO BOX 50250,
                 KNOXVILLE,TN 37950-0250
14258338        Educational Credit Management Corporation,   P.O. Box 16408,   St. Paul, MN 55116-0408
14239584        Fed Loan Servicing,   P.O. Box 69184,   Harrisburg, PA 17106-9184
14239585       +KML Law Group,   Suite 5000 - BNY Independence Center,   701 Market Street,
                 Philadelphia, PA 19106-1538
14251753       +Philip Appenzeller,   5947 Reach Street,   Philadelphia, PA 19120-1114
14331174        Water Revenue Bureau,   c/o Pamela Elchert Thurmond,   Tax & Revenue Unit, 1401 JFK Blvd, 5th F,
                 Philadelphia, PA  19102-1595
14367862       +Wilmington Trust, National Assoc.,   c/o Michael J. Shavel, Esq.,
                 777 Township Line Road, Ste 250,   Yardley, PA 19067-5565
14248711       +Wilmington Trust, National Association,   c/o KARINA VELTER,   Manley Deas Kochalski LLC,
                 P.O. Box 165028,   Columbus, OH 43216-5028
14239587        Wilmington Trust, National Association,   c/o Fay Servicing, LLC,   P O Box 814609,
                 Dallas, TX 75381-4609
14243080       +Wilmington Trust, National Association,   as trustee for MFRA Trust 15-00001,
                 c/o KEVIN G. MCDONALD,   701 Market St. Suite 5000,   Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Oct 08 2019 03:19:41     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 08 2019 03:19:17
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 08 2019 03:19:33     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14252284        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 08 2019 03:20:27     LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14239586        E-mail/Text: megan.harper@phila.gov Oct 08 2019 03:19:40     Water Revenue Bureau,
                 c/o City of Philadelphia,   1401 JFK Boulevard,   Philadelphia, PA 19102-1663
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             LVNV Funding LLC,   Resurgent Capital Services,   PO Box 10587,   GREENVILLE, SC  29603-0587
14262221*       Wilmington Trust, National Association,   c/o Fay Servicing, LLC,   P O Box 814609,
                 Dallas, TX 75381-4609
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2019                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2019 at the address(es) listed below:
              BRADLY E ALLEN    on behalf of Debtor Tammy  Murtha bealaw@verizon.net
              KARINA  VELTER     on behalf of Creditor   Wilmington Trust, National Association
               amps@manleydeas.com
```

```
District/off: 0313-2                  User: SaraR                    Page 2 of 2                  Date Rcvd: Oct 07, 2019
                                      Form ID: pdf900                Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Trust, National Association, not in its
          individual capacity, but solely as trustee for MFRA Trust 2015-1 bkgroup@kmllawgroup.com
         MICHAEL J. SHAVEL    on behalf of Creditor    Wilmington Trust, National Association, not in its
          individual capacity, but solely as trustee for MFRA Trust 2015-1 mshavel@hillwallack.com,
          lharkins@hillwallack.com;jrydzewski@HillWallack.com
         MICHAEL J. SHAVEL    on behalf of Creditor    Wilmington Trust, National Association
          mshavel@hillwallack.com,    lharkins@hillwallack.com;jrydzewski@HillWallack.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                                                  TOTAL: 7

Case 18-17967-mdc    Doc 64    Filed 10/09/19    Entered 10/10/19 00:53:28    Desc Imaged
Certificate of Notice    Page 2 of 3

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| IN RE:<br>**Tammy Murtha aka Tammy Lowe**<br>Debtor | CHAPTER 13<br><br>CASE NO.: 18-17967-mdc<br><br>HEARING DATE: September 17, 2019<br>TIME: 10:30AM<br>LOCATION: COURTROOM #2 |

**ORDER FOR RELIEF**

AND NOW, this  3rd  day of      October      , 2019, upon the Motion Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 ("Movant") for relief from the Automatic Stay, it is

ORDERED THAT: Relief is granted from the automatic stay provisions of §362(a) of 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") and Co-Debtor stay provision of 11 U.S.C. §1301 to permit Movant to commence or continue its foreclosure on its mortgage on Mortgaged Premises located at 5947 Reach Street, Philadelphia, PA 19120 (the "Mortgaged Premises"); to name the Debtor in the foreclosure suit solely for the purpose of foreclosing their interests in the Mortgaged Premises pursuant to the terms of the mortgage and loan documents.

ORDERED THAT: The Debtor shall not file a petition for relief under any Chapter of the Bankruptcy Code for a period of **twelve (12) months** form the date of this Order without the consent of this court upon notice to Movant and Movant's counsel.

ORDERED THAT: The relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.  Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting Relief from the Automatic Stay.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

{Y0602217; 1}