# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :        CHAPTER 13
    Tammy Murtha
                                     :        NO. 18-17967/mdc

## PRAECIPE TO WITHDRAW
## APPLICATION FOR COMPENSATION
## AND REIMBURSEMENT OF EXPENSES

TO THE CLERK:

Kindly withdraw the Application for Compensation and Reimbursement of Expenses, Proposed Order and Notice of Application in the above case.

                                                                **/s/BRADLY E. ALLEN**
                                                                BRADLY E. ALLEN,
                                                                Attorney for Debtor